### 37371. PATRICK v. TINGLE.

QUILLIAN, Judge. This is a companion case to *Jackowitz* v. *Tingle,* ante, and is controlled by the ruling in that case.

*Judgment affirmed. Felton, C. J., and Nichols, J., concur.*

DECIDED OCTOBER 24, 1958.

*MacDougald & Feagin, John E. Feagin,* for plaintiff in error.
*Walter W. Aycock, James O. Goggins,* contra.